McELROY, DEUTSCH, MULVANEY
& CARPENTER, LLP
1300 Mt. Kemble Avenue
P.O. Box 2075
Morristown, NJ 07962-2075
Attorneys for Defendant,
Metropolitan Life Insurance Company

By: _____
    Randi F. Knepper, Esq.

|  |  |
|---|---|
| LINDA GRIFFITHS,<br><br>Plaintiff,<br><br>vs.<br><br>METROPOLITAN LIFE INSURANCE COMPANY,<br><br>Defendant. | UNITED STATES DISTRICT COURT<br>MIDDLE DISTRICT OF PENNSYLVANIA<br><br>Civil Action No.: 3:16-CV-01710 (MEM)<br><br>STIPULATION OF DISMISSAL |

It is hereby stipulated and agreed by and between Abrahamsen Conaboy & Abrahamsen, P.C., attorneys for Plaintiff, Linda Griffiths, and McElroy, Deutsch, Mulvaney & Carpenter, LLP, attorneys for Defendant, Metropolitan Life Insurance Company, that the action be and is hereby dismissed with prejudice and without attorneys' fees or costs.

ABRAHAMSEN CONABOY &
ABRAHAMSEN, P.C.
Attorneys for Plaintiff,
Linda Griffiths

By: _____
    Joshua Borer, Esq.

Dated: March 28, 2017
3303252_1

McELROY, DEUTSCH, MULVANEY &
CARPENTER, LLP
Attorney for Defendant,
Metropolitan Life Insurance Company

By: _____
    Randi F. Knepper, Esq.

Dated: March 28, 2017

APPROVED
_____
Malachy E. Mannion, U.S. District Judge

Dated: 3/29/17